1 DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
2 SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
3 **AKERMAN LLP**
1635 Village Center Circle, Suite 200
4 Las Vegas, Nevada 89134
Telephone:  (702) 634-5000
5 Facsimile:  (702) 380-8572
Email: darren.brenner@akerman.com
6 Email: scott.lachman@akerman.com

7 *Attorneys for Defendant Hartford Underwriters Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| The Estate of Egon Klementi by and through the Special Administrator Elfriede Klementi and Elfriede Klementi, individually: <br><br> Plaintiff, <br><br> v. <br><br> Hartford Underwriters Insurance Company, a Connecticut Corporation; Jeffrey Spencer; Does 1-XXX; and ABC Corporations A-Z; inclusive. <br><br> Defendants. | Case No.: 3:18-cv-00169-MMD-WGC <br><br> **STIPULATION TO EXTEND TIME TO FILE REPLY SUPPORTING PARTIAL MOTION TO DISMISS** <br> **[ECF NO. 7]** |

Defendant Hartford Underwriters Insurance Company and Plaintiffs the Estate of Egon Klementi by and through the Special Administrator Elfriede Klementi and Elfriede Klementi agree that Hartford shall have until **May 29, 2018** to file a reply supporting its partial motion to dismiss. [ECF No. 7]. This is the same deadline for which Harford has to respond to Plaintiffs' motion for remand. [ECF No. 10]. The reply is presently due on May 21, 2018, thus the parties are requesting

45247560;1

a brief eight day extension.  This first extension is not intended for the purposes of prejudice or delay.

| DATED this 17th day of May, 2018. | DATED this 17th day of May, 2018. |
|---|---|
| **AKERMAN LLP** | **LEVERTY & ASSOCIATES LAW CHTD.** |
| /s/ *Scott R. Lachman*_____<br>Darren T. Brenner, Esq., NV Bar No. 8386<br>Scott R. Lachman, Esq., NV Bar No. 12016<br>1635 Village Center Cir., Ste. 200<br>Las Vegas, Nevada 89134<br>*Attorneys for Defendant* | /s/ *Patrick R. Leverty*_____<br>Vernon E. Leverty, Esq., NV Bar No. 1266<br>Patrick R. Leverty, Esq., NV Bar No. 8840<br>William R. Ginn, Esq., NV Bar No. 6989<br>Jess P. Rinehart, Esq., NV Bar No. 11697<br>832 Willow Street<br>Reno, NV 89502<br><br>*Attorneys for Plaintiffs* |

**ORDER**

**IT IS SO ORDERED.**

Dated: May 21, 2018

_____
UNITED STATES DISTRICT COURT JUDGE

45247560;1