Vernon E. Leverty, Esq., NV Bar No. 1266
Patrick R. Leverty, Esq., NV Bar No. 8840
William R. Ginn, Esq., NV Bar No. 6989
LEVERTY & ASSOCIATES LAW CHTD.
832 Willow Street
Reno, Nevada 89502
Ph: (775) 322-6636 • Fax: (775) 322-3953
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE ESTATE OF EGON KLEMENTI, by and through the Special Administrator Elfriede Klementi, and ELFRIEDE KLEMENTI, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HARTFORD UNDERWRITERS INSURANCE COMPANY, *et al*.,<br><br>　　　　Defendants. | CASE NO.　　3:18-CV-00169-MMD-WGC<br><br>**STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT HARTFORD'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT** |

　　　The parties in this case, THE ESTATE OF EGON KLEMENTI, by and through the Special Administrator Elfriede Klementi, and ELFRIEDE KLEMENTI, an individual, on one hand, and HARTFORD UNDERWRITERS INSURANCE COMPANY on the other, hereby agree and stipulate that Plaintiffs shall have up to and including October 18, 2018 to respond to Defendant's motion to dismiss the first amended complaint. [Doc. 34].

　　　Plaintiffs requested this extension, and Defendant agreed, to allow the parties to proceed to the mediation in this matter, which has been set for October 11, 2018. The requested extension will allow the parties to resolve this issue without the need to expend additional costs.

////

////

////

1

This is the first requested extension to respond to Defendants motion.

DATED this 13th day of August, 2018.

                      **LEVERTY & ASSOCIATES LAW CHTD.**

                      */s/ William R. Ginn*
                      Vernon E. Leverty, Esq.
                      Patrick R. Leverty, Esq.
                      William R. Ginn, Esq.
                      832 Willow St.
                      Reno, NV 89502
                      *Counsel for Plaintiffs*

DATED this 13th day of August, 2018.

                      **AKERMAN LLP**

                      */s/ Darren T. Brenner*
                      Darren T. Brenner, Esq.
                      Scott R. Lachman, Esq.
                      1635 Village Center Circle, Suite 200
                      Las Vegas, NV 89134
                      *Counsel for Defendant Hartford*
                      *Underwriters Insurance Company*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE


DATED: August 14, 2018

# CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record.

DATED: This 13th day of August, 2018.

                                       /S/ *William R Ginn*
                                       William R. Ginn

45943923;1