Vernon E. Leverty, Esq., NV Bar No. 1266
Jess P. Rinehart, Esq., NV Bar No. 11697
Patrick R. Leverty, Esq., NV Bar No. 8840
William R. Ginn, Esq., NV Bar No. 6989
LEVERTY & ASSOCIATES LAW CHTD.
832 Willow Street
Reno, NV 89502
Telephone: (775) 322-6636
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

The Estate of Egon Klementi by and through the Special Administrator Elfriede Klementi and Elfriede Klementi, individually

Plaintiffs,

v.

HARTFORD UNDERWRITERS INSURANCE COMPANY, a Connecticut Corporation; JEFFREY SPENCER DOES I-XXX; and ABC CORPORATIONS A-Z; inclusive,

Defendants.

Case No. 3:18-00169-MMD-WGC

## STIPULATION AND ORDER FOR DISMISSAL AS TO DEFENDANT JEFFREY SPENCER

Plaintiffs, The Estate of Egon Klementi by and through the Special Administrator Elfriede Klementi and Elfriede Klementi, individually (the "Klementis"), by and through their undersigned counsel of record, hereby stipulate and agree that this action may be dismissed as to

////
////
////
////
////
////

1

Defendant Jeffrey Spencer, with each party to bear their own costs and attorney's fees.

DATED: This 14th day of August, 2018          DATED: This 13 day of August, 2018

**LEVERTY & ASSOCIATES LAW CHTD.**

_____          _____
Vernon E. Leverty, Esq., NV Bar No. 1266                    Jeffrey Spencer
Jess P. Rinehart, Esq., NV Bar No. 11697
Patrick R. Leverty, Esq., NV Bar No. 8840
William R. Ginn, Esq., NV Bar No. 6989
832 Willow Street
Reno, Nevada 89502
*Attorneys for Plaintiff/Counter-Defendant
Leverty & Associates Law, Chtd.*

## ORDER

Based upon the foregoing stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED that this action is dismissed as to Defendant Jeffrey Spencer, with Plaintiffs and said Defendant to bear their own costs and attorney's fees.

IT IS FURTHER HEREBY ORDERED that the foregoing dismissal does not extend to Plaintiff's claims against Defendant Hartford Underwriters Insurance Company, which claims remain pending.

DATED this 14th of August 2018.

_____
DISTRICT JUDGE

2