DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for Defendant*
*Hartford Underwriters Insurance Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE ESTATE OF EGON KLEMENTI by and through the Special Administrator ELFRIEDE KLEMENTI AND ELFRIEDE KLEMENTI, individually:<br><br>Plaintiff,<br>v.<br><br>HARTFORD UNDERWRITERS INSURANCE COMPANY, a Connecticut Corporation; JEFFREY SPENCER; Does 1-XXX; and ABC Corporations A-Z; inclusive.<br><br>Defendants. | Case No.: 3:18-cv-00169-MMD-WGC<br><br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Defendant Hartford Underwriters Insurance Company and plaintiffs the Estate of Egon Klementi by and through the Special Administrator Elfriede Klementi and Elfriede Klementi stipulate to dismiss this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

50591509;1

Each party to bear its own fees and costs.

| DATED this 7 day of January, 2020. | DATED this 2 day of January, 2020. |
|---|---|
| **AKERMAN LLP** | **LEVERTY & ASSOCIATES LAW CHTD.** |
| /s/ | /s/ |
| Darren T. Brenner, Esq., NV Bar No. 8386 | Vernon E. Leverty, Esq., NV Bar No. 1266 |
| Scott R. Lachman, Esq., NV Bar No. 12016 | Patrick R. Leverty, Esq., NV Bar No. 8840 |
| 1635 Village Center Cir., Ste. 200 | William R. Ginn, Esq., NV Bar No. 6989 |
| Las Vegas, Nevada 89134 | Jess P. Rinehart, Esq., NV Bar No. 11697 |
| | 832 Willow Street |
| | Reno, NV 89502 |
| *Attorneys for Defendant* | *Attorneys for Plaintiffs* |

## ORDER

IT IS SO ORDERED.

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** January 7, 2020

2